3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHARLES CURTIS HEITMAN          *

        VS                      *   MISC. NO. B-00-001

GARY JOHNSON, Director          *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

# O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **March 14, 2000.**

DONE at Brownsville, Texas, this 13th day of January 2000.

Felix Recio
United States Magistrate Judge