9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CHARLES CURTIS HEITMAN § | |
| Petitioner, § | |
| § | |
| v. § | |
| B. | MISC. NO. B-00-001 |
| GARY JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1. the Magistrate Judge's Report and Recommendation (Docket No. 6) is hereby ADOPTED with the following modifications:

    a. The record shall reflect that "The trial court assessed punishment at imprisonment for five years, suspended for five years, and a fine of $1,500." instead of "on February 11, 1994, the court sentenced him to five years imprisonment and five years suspended sentence" as indicated in the Report.

    b. The record shall reflect that Petitioner "violated the conditions of his probation, and his probation in cause numbers 93-CR-1719-B and 94-CR-278-B was revoked on October 9, 1996." instead of "violated the conditions of his parole, and his parole was revoked on October 9, 1996." as indicated in the Report.

4

  c.  The record shall reflect that "the Texas Court of Criminal Appeals denied Petitioner's first state habeas corpus petition without written order and dismissed the second state habeas petition," instead of "the state writ of habeas corpus were dismissed" as indicated in the Report.

  d.  The record shall reflect that Petitioner "attacks the rulings made during the September 30, 1996 probation revocation proceedings" rather than "attacks the rulings made during the September 30, 1996 parole revocation proceedings" as indicated in the Report.

2. The Petition Under 28 U.S.C. §2254 for a Writ of Habeas Corpus (Docket No. 1) is hereby DENIED; and

3. Respondent Johnson's Motion to Dismiss as Time Barred Pursuant to 28 U.S.C. §2244(d) (Docket No. 4) is hereby GRANTED.

DONE in Brownsville, Texas this 27 day of June, 1999.

                Hilda Tagle
                United States District Judge

5